## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois
## Western Division

| | | |
|---|---|---|
| RANDY L. HUENEFELD, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | Case No. 3:19-cv-50022 |
| | ) | Honorable Lisa A. Jensen |
| | ) | |
| v. | ) | |
| | ) | |
| WAUSAU SUPPLY COMPANY, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**MOTION AND ORDER TO VOLUNTARILY DISMISS**

Now comes Timothy S. Mahoney of Mahoney & Mahoney, LLC, attorney for Randy L. Huenefeld and Ashley N. Huenefeld, and hereby moves to voluntarily dismiss the third-party Defendant New South Access & Environmental Solutions, LLC., as part of an agreement with the Defendant.

MAHONEY & MAHONEY, LLC.

By: *Tim Mahoney*
Timothy S. Mahoney

**ORDER TO VOLUNTARILY DISMISS**

This matter coming before the Court on the foregoing Motion, and the Court being fully advised in the premises;

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that the Third-Party Defendant New South Access & Environment Solutions, LLC., be dismissed without prejudice.

ENTER: February _____, 2020 _____
CIRCUIT JUDGE


Timothy Mahoney
Randy L. Huenefeld and Ashley N. Huenefeld:
Mahoney & Mahoney, LLC
50 W. Douglas St. Suite 300, Freeport, IL 61032
(815) 656-4600
tim@mahoneymahoney.com