IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| RANDY L. HUENEFELD AND ASHLEY N. HUENEFELD, | ) ) Case No. 3:19-cv-50022 |
| Plaintiffs, | ) ) Magistrate Judge Lisa A. Jensen |
| v. | ) ) |
| WAUSAU SUPPLY COMPANY and SOUTH ACCESS and ENVIRONMENTAL SOLUTIONS, LLC., | ) ) ) ) |
| Defendants. | ) ) |

## ORDER

Upon the Stipulation of the parties herein, it is hereby ordered that the above-entitled cause of action is hereby dismissed with prejudice, in bar of action, costs paid, cause of action satisfied. Further, the hearing set for July 23, 2021 is stricken, as Plaintiffs Huenefelds' attorney reports that all issues raised in the Plaintiffs' *Petition for Indirect Civil Contempt* have been resolved and as such, said Petition is withdrawn.

ENTERED: July 23, 2021

_____
Honorable Lisa A. Jensen

Prepared By:
    Attorney for the Defendant Wausau Supply Co.
    Attorney Mark J. McClenathan
    Heyl Royster Voelker & Allen
    Attorneys for the Defendant
    120 West State Street, Second Floor
    Rockford, IL 61101-1159
    Telephone: 815.963.4454 x4209
    Cell Phone: 815.978.4773
    Primary e-service: rckecf@heylroyster.com
    Secondary e-service #1: mmcclenathan@heylroyster.com

Approved:

/s/ _____
**Attorneys for Plaintiffs Huenefelds**
Attorney Anthony Peska
MAHONEY & MAHONEY, LLC
109 West Main Street
Freeport, IL 61032
815.656.4600 Voice
815.233.4004 Facsimile
www.mahoneymahoney.com
april@mahoneymahoney.com
anthony@mahoneymahoney.com
April Scheffner
Legal Administrative Assistant

13401-2
MJM